UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| U.S. Bank Trust, N.A., as Trustee for<br>LSF9 Master Participation Trust,<br>      Plaintiff<br><br> vs.<br><br>Greg A. King,<br>      Defendant<br>and<br><br>Maine Department of Health and Human<br>Services,<br>      Party-in-Interest | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO:<br>1:19-cv-00119-JDL<br><br>ANSWER OF PARTY-IN-INTEREST,<br>STATE OF MAINE DEPARTMENT<br>OF HEALTH AND HUMAN SERVICES |

NOW COMES the State of Maine Department of Health and Human Services (the 'Department'), by and through its attorney, Jennifer Googins Huston, and respectfully submits the following Answer to the Plaintiff's Complaint for Foreclosure By Civil Action:

1.     The Department admits the allegations set forth in Paragraph 20 of the Plaintiff's Complaint.  The Department is a Party-in-Interest by virtue of a Notice of Support Lien against Greg A. King dated January 12, 2017 and recorded in the Penobscot County Registry of Deeds in Book 14398, Page 13.  A copy of the Notice of Support Lien (Exhibit A) is attached hereto and made a part hereof.  The total child support arrearage as of April 3, 2019 is $2,768.80.  The current ongoing child support obligation is $71.00 per week.  See Affidavit of agent Chris Mettler (Exhibit B).

2.     The Department is without sufficient knowledge or information with which to form a belief as to the truth of the allegations set forth in the remaining paragraphs of Plaintiff's Complaint.

WHEREFORE, the State of Maine, Department of Health and Human Services, Party-In-Interest, respectfully requests that:

1.     The Court determine the priority of the parties' interests and the amounts owed; and
2.     The Court grant such further relief as it deems just and proper.

Dated:  April 11, 2019
        Portland, Maine

Respectfully submitted,
/s/Jennifer Googins Huston
Jennifer Googins Huston
Assistant Attorney General
Attorney for DHHS
Office of the Attorney General
415 Congress Street, Suite 301
Portland, Maine 04101
(207) 822-0498
jennifer.huston@maine.gov

## CERTIFICATE OF SERVICE

I, Jennifer Googins Huston, Attorney for the Maine Department of Health and Human Services, Division of Support Enforcement, hereby certify that I have this day made service electronically on the following parties pursuant to this Court's ECF system of the foregoing ANSWER:

John A. Doonan, Esq. and Reneau J. Longoria, Esq., Doonan, Graves & Longoria, LLC, 100 Cummings Center, Suite 225 D, Beverly, MA  01915

United States District Court for the District of Maine

<u>Served via United States mail, postage prepaid:</u>

Greg A. King, 4289 Union Street, Levant, ME  04456


Dated: April 11, 2019               /s/Jennifer Googins Huston
      Portland, Maine              Jennifer Googins Huston
                                                  Assistant Attorney General
                                                  Attorney for DHHS
                                                  Office of the Attorney General
                                                  415 Congress Street, Suite 301
                                                  Portland, Maine 04101
                                                  (207) 822-0498
                                                  jennifer.huston@maine.gov