Registered Mail #: RE 349 154 725 US                                1 of 2

Greg-Allen: King: Principal
c/o 4289 Union Street
  Levant, Maine [04456]

# UNITED STATES DISTRICT COURT
## for the
### District of Maine

| | |
|---|---|
| U.S. Bank Trust N.A. as Trustee for LSF9 Master Participation Trust<br>Plaintiff,<br><br>vs.<br><br>GREG ALLEN KING<br>Defendant. | REF: Civil Action # 1:19-cv-0019-JDL<br><br>**BOND**<br>Registered claim # RE 349 154 725 US |

### Silver Surety Bond

**Tendered to the court and Judge as holder in due course for their fiduciary duty and liability.**
There appearing no bond of record by the plaintiff to initiate the matter regarding Civil Action # 1:19-cv-0019-JD and any other known associated account(s) relating to GREG ALLEN KING.

I, :Greg-Allen: King: conditionally accept complaint and plead guilty to the facts, but not to a charge or claim, and undertake settlement for full Accord and Satisfaction per UCC 3-311, as follows:

In consideration of the fact that no lawful money of account exists in circulation, and Article 1 Section 10 of the U.S. constitution specifying the only lawful money available for settlement of debt, and in consideration of the fact that I have suffered dishonor regarding the matter of Civil Action # 1:19-cv-0019-J and associated account(s). **I hereby underwrite this BOND and contract with both my private exemption #005768140, and with my possession offer of twenty-two (22) united States of America silver dollars** in coin acting as surety collateral in lawful money, and as witnessed by the attached affidavit, for settlement regarding any and all obligations of performance/loss/costs sustained by the U.S. Bank Trust N.A. as Trustee for LSF9 Master Participation Trust and the respectful Trustees thereof, regarding said matter. This instrument is subject to enforcement per § 3-311:

**UCC 3-311 - ACCORD AND SATISFACTION BY USE OF INSTRUMENT.**

(a) If a person against whom a claim is asserted proves that (i) that person in good faith tendered an instrument to the claimant as **full satisfaction of the claim**

And...**UCC 3-311 2(d) A claim is discharged** if the person against whom the claim is asserted proves that within a reasonable time before collection of the instrument was initiated, the claimant, or an agent of the claimant having direct responsibility with respect to the disputed obligation, knew that the instrument was tendered in full satisfaction of the claim.

Enforcement remedies are available per:
**§ 3-307. NOTICE OF BREACH OF FIDUCIARY DUTY.**
(a) In this section:
(1) "Fiduciary" means an agent, trustee, partner, corporate officer or director, or other representative owing a fiduciary duty with respect to an instrument.
(2) "Represented person" means the principal, beneficiary, partnership, corporation, or other person to whom the duty stated in paragraph (1) is owed.
(b) If (i) an instrument is taken from a fiduciary for payment or collection or for value, (ii) the taker *has knowledge of the fiduciary status of the fiduciary*, and (iii) the represented person makes a claim to the instrument or its proceeds on the basis that the transaction of the fiduciary is a breach of fiduciary duty, the following rules apply:

Registered Mail #:  RE 349 154 725 US

(1) **Notice of breach of fiduciary duty** by the fiduciary is notice of the claim of the represented person.... (other clauses also apply)

I have further paid the freight of this vessel/document via stamp entitling me and this document to right of passage as postmaster per Universal Postal Union requirements.

Unless the court or U.S. Bank Trust N.A. as Trustee for LSF9 Master Participation Trust can provide a Trustee that can swear under oath with full commercial liability as fiduciary, what other constitutionally required lawful money can be required provide ACCORD AND SATISFACTION BY USE OF INSTRUMENT TENDERED, this matter is settled, and all claims are satisfied upon tender. If anyone claims a Superior Claim to mine in the matter, let them bring forth their bond and bring their B10 or 410 claim forms, sworn to under penalty of perjury, as a damaged party with firsthand knowledge.

The court may now dismiss on their own accord as their initial charging instrument is now settled, satisfied and closed with full satisfaction and accord without disagreement to do so, unless they have remaining claims to make against GREG ALLEN KING.

If further necessary, I require the court demand of U.S. Bank Trust N.A. as Trustee for LSF9 Master Participation Trust to certify my right of subrogation using their own bond if necessary, which were underwritten using my name or style derivatives thereof. This subrogation is for the purpose of settling all accounts related to this matter using existing collateral. I stand in honor having brought forth my superior bond and claims, thus inferior bonds or lack thereof should cause the release of all unverified remaining claims against defendant upon receipt.

As executor of the decedent named estate vessel: GREG ALLEN KING also known to be styled in the following styles GREG A. KING, GREG KING, Greg Allen King, Greg A. King, and Greg King, and as postmaster of this document vessel, I hereby instruct the appointed fiduciary trustee to be either the Clerk Christa Kerry, and/or assigned Judge, as necessary, who is tasked to then discharge the account for Civil Action # 1:19-cv-0019-JDL and discharge and dismiss any and all defendants with prejudice.

## TIMELY NOTICE AND DEFAULT

Let this Bond and Contract stand for as full Accord and Satisfaction for securing subsequent, related, or superseding case accounts using this same Bond. If no superior claims are made or superior bonds are presented, or outright refusal per the Uniform Commercial Code, **You will have 10 calendar days** from the date of receipt of this communication to respond, whereby you will have to rebut each and every one of the accompanying governing "proof of claims" and/or provide facts and conclusions of law supporting your position.

After those 10 days, this presentment, contract stands as agreed and binding by default, thus all related matters are considered settled, discharged, and dismissed. Enforcement right may be enforced in accordance with § 3-307. NOTICE OF BREACH OF FIDUCIARY DUTY regarding a registered security within the US Postal service.

Additionally, this contract subjects all parties to Binding Arbitration per the Federal Arbitration Act if necessary, prior to proceeding on the original related matter under Civil Action # 1:19-cv-0019-JDL, and thus this contract acts as an estoppel in that matter until such time binding arbitration determination is confirmed.

Void where prohibited by law.

Penobscot county, Maine, this 22nd day of April 2019.

By: _____
:Greg-Allen: King: Principal
:copy-right/copy-claim:

*[Handwritten stamp: "For Deposit To U.S. District Court for the District of Maine"]*