# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | CIVIL ACTION NO: 1:19-cv-00119-JDL |
| Plaintiff | PARTIAL OBJECTION TO MOTION TO SEAL & REQUEST TO DISCLOSE |
| vs. | RE:<br>4289 Union Street, Levant, ME 04456 |
| Greg A. King | Mortgage:<br>October 26, 2011<br>Book 12641, Page 300 |
| Defendant<br>Maine Department of Health and Human Services, Division of Support Enforcement and Recovery | |
| Party-In-Interest | |

NOW COMES the Plaintiff in this matter, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, and hereby partially objects to Defendant, Greg A. King's Motion to Seal Docket. As grounds therefore, Plaintiff states that while it has no objection to the Court sealing the documents in this matter, Plaintiff requests that Defendant disclose the infant/minor as stated in Defendant's Motion. Specifically, Plaintiff is requesting the disclosure of the name, address and any further contact information concerning the infant/minor.

DATED: July 5, 2019

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, <u>John A. Doonan</u>, Esq., hereby certify that on this 5th day of July, 2019, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

<u>/s/ John A. Doonan, Esq.</u>
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Greg A. King
4289 Union Street
Levant, ME 04456

DHHS
415 Congress Street, Suite 301
Portland, ME 04101