UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust** | CIVIL ACTION NO: 1:19-cv-00119-JDL |
| **Plaintiff** | **JUDGMENT OF FORECLOSURE AND SALE** |
| vs. | RE:<br>**4289 Union Street, Levant, ME 04456** |
| **Greg A. King** | Mortgage:<br>**October 26, 2011**<br>**Book 12641, Page 300** |
| **Defendant** | |

**JUDGMENT OF FORECLOSURE AND SALE**

This matter came before the Court for a Bench Trial on September 9, 2021.  Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, was present and represented by John A. Doonan, Esq.  Defendant, Greg A. King, appeared; Party-In-Interest, Maine Department of Health and Human Services, Division of Support Enforcement and Recovery did not appear and was dismissed by stipulation of the Plaintiff.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff is granted a Judgment of Foreclosure and Sale.  Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff and the statute of limitations on Counts II-IV is hereby tolled as of the date of the filing of the complaint in this matter (March 21, 2019).  **JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for

LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($229,334.28) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing as of August 21, 2021:

| Description | Amount |
|---|---|
| Principal Balance | $188,282.78 |
| Interest | $24,367.91 |
| Escrow/Impound Required | $13,790.85 |
| Late Fees | $83.70 |
| Recoverable Balance | $2,809.04 |
| Grand Total | $229,334.28 |

2. If the Defendant or his heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($229,334.28) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his remaining rights to possession of the property commonly known as 4289 Union Street, Levant, ME ("Levant Property") shall terminate, and U.S. Bank shall conduct a public sale of the Levant Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $229,334.28 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that final judgment has been entered following appeal.

4. The amount due and owing is $229,334.28.

5. The priority of interests is as follows:

    ● U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust has first priority, in the amount of $229,334.28, pursuant to the subject Note and Mortgage.

    ● Greg A. King has the second priority behind the Plaintiff.

6. The prejudgment interest rate is 4.00000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 6.09%, *see* 14 M.R.S.A. §1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br>13801 Wireless Way<br>Oklahoma City, OK 73134 | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Greg A. King<br>4289 Union Street<br>Levant, ME 04456 | Pro Se |
| PARTIES-IN-INTEREST | Maine Department of Health and Human Services, Division of Support Enforcement and Recovery<br>19 Union Street<br>Augusta, ME 04330 | Dismissed From Matter by Stipulation of Plaintiff |

a) The docket number of this case is No. 1:19-cv-00119-JDL.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 4289 Union Street, Levant, ME 04456, is set forth in Exhibit A to the Judgment herein.

3

d) The street address of the real estate involved is 4289 Union Street, Levant, ME 04456.  The Mortgage was executed by the Defendant, Greg A. King on October 26, 2011.  The book and page number of the Mortgage in the Penobscot County Registry of Deeds is Book 12641, Page 300 and the Plaintiff is the current holder and owner of the subject Note and Mortgage.

e) The Defendant, Greg A. King is personally liable under this judgment and the Plaintiff may enforce this judgment against the Levant Property with Greg A. King liable for any deficiency.

SO ORDERED.                                     Dated:  September 27, 2021


                                                   /s/ JON D. LEVY
                                                  **CHIEF U.S. DISTRICT JUDGE**