**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust** | **CIVIL ACTION NO: 1:19-cv-00119-JDL** |
| **Plaintiff** | **MOTION TO ENJOIN** |
| **vs.** | **RE:**<br>**4289 Union Street, Levant, ME 04456** |
| **Greg A. King** | **Mortgage:**<br>**October 26, 2011** |
| **Defendant** | **Book 12641, Page 300** |

NOW COMES the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank"), by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby submits this Motion to Enjoin King from removing fixtures from the property including but not limited to heating, lights appliances, and plumbing.

The Foreclosure Judgment entered on September 27, 2021.

The 90-day right of redemption expired on December 26, 2021.

Upon information and belief, the subject property has been used as a marijuana grow operation and King has, upon information and belief located an alternative location and begun moving personal property to that location. Upon information and belief, he has also expressed his intention to remove fixtures of this property, and has begun removing fixtures, including the heating system in violation of the terms of the mortgage, specifically page 3, paragraphs (A) through (G)[1] and U.S. Bank requests this Court enter an Order enjoining King from removing any fixtures from the property including the heating system.

WHEREFORE, U.S. Bank respectfully requests that this Honorable Court grant its Motion to Enjoin removal of the fixtures from this property.

---

[1] *See* Exhibit A (a true and correct copy of the Mortgage is attached).

Dated: June 6, 2022

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 6th day of June, 2022, I served a copy

of the above and attached documents by First Class Mail and electronic notification using the

CM/ECF system to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## SERVICE LIST

Greg A. King
4289 Union Street
Levant, ME 04456

Greg A. King
7 Rider Road
Brewer, ME 04412